IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSLYN WASHINGTON,

    Plaintiff,

v.

BONNIE CAFE OF ILLINOIS LLC,

    Defendant.

Case No. 25-CV-01289-SPM

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of November 3, 2025 (Doc. 16), this matter is **DISMISSED with prejudice**.

**DATED: November 3, 2025**

                                MONICA A. STUMP,
                                Clerk of Court


                                By: *s/ Jackie Muckensturm*
                                     Deputy Clerk


APPROVED: *s/ Stephen P. Mc*Glynn
              STEPHEN P. MCGLYNN
              U.S. District Judge